**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ANTWAIN BAKER,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 5:26-cv-00311-MTT-ALS** |
| **SONJA BROWN, *et al*.,** | : | |
| **Defendants.** | : | |

**ORDER**

*Pro se* Plaintiff Antwain Dominique Baker, a prisoner at Central State Prison in Macon, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. On August 24, 2026, Plaintiff was ordered to recast his complaint and provided instructions on how to do so. ECF No. 4. Plaintiff was given fourteen days to comply with the Court's order and was informed that failure to comply could result in dismissal of this action. *Id*. Plaintiff failed to respond. Therefore, on September 21, 2026, Plaintiff was ordered to show cause why this civil action should not be dismissed for failure to respond to a Court Order. ECF No. 5. Plaintiff was given fourteen days to respond or otherwise submit his recast complaint. *Id*. Plaintiff then filed a request for an extension of time. On September 29, 2026, Plaintiff was granted an additional twenty-one days to submit his recast complaint as ordered. ECF No. 7. The time for compliance has passed and Plaintiff has failed to respond or otherwise submit his recast complaint.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute this case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed.

R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)); *Duong Thanh Ho v. Costello*, 757 F. App'x 912 (11th Cir. 2018) (holding that the district court did not abuse its discretion in *sua sponte* dismissing without prejudice prisoner's *pro se* § 1983 complaint for failure to comply with court order to file amended complaint where order expressly informed prisoner of deficiencies in his complaint and rules that he needed to follow in filing amended complaint).

**SO ORDERED,** this 3rd day of November, 2026.

S/ Marc T. Treadwell

MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT