IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTWAIN BAKER, *

Plaintiff, *

v. Case No. 5:26-cv-00311-MTT-ALS

*

SONJA BROWN, et al.,

*

Defendants.

*

**J U D G M E N T**

Pursuant to this Court's Order dated November 3, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 4th day of November, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk